IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-10818-B-7 |
| ROBERTO JASSO RODRIGUEZ | § | |
| AND EUFEMIA RODRIGUEZ | § | |
| DEBTORS | § | CHAPTER 7 |

## MOTION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (A)

THE UNDERSIGNED TRUSTEE REPORTS:

_____  The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_____  More than ninety (90) days have passed since the Final Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

\_\_X\_\_  Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)  This Creditor has an unsecured claim for $2,311,875.00 from a Final Judgment received in a State Court suit on May 23, 2006.  The Bankruptcy distribution has been made and there will be no other funds.  She has refused the payment from her attorney.

Date: May 17, 2010           /S/MICHAEL B. SCHMIDT
                             Michael B. Schmidt, Trustee
                             555 N. Carancahua, Ste. 1550
                             Corpus Christi, TX.  78478
                             361/884-9949 Fax: 361/884-6000

### Certificate of Service

I certify that on this date, a copy of the foregoing Motion was served electronically and/or mailed to the United States Trustee, Debtor and the Creditor on the 17th day of May, 2010.

                             /S/MICHAEL B. SCHMIDT
                             Michael B. Schmidt

EXHIBIT A

Please check one:

_____   small dividends

___X___   unclaimed dividends

| NAME | CLAIM # | AMOUNT |
|---|---|---|
| Petra Serino | 7 | $6,269.45 |
| c/o R. W. Armstrong & Associates | | |
| 2600 Old Alice Rd., Ste. A | | |
| Brownsville, TX 78521 | | |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-10818-B-7 |
| ROBERTO JASSO RODRIGUEZ | § | |
| AND EUFEMIA RODRIGUEZ | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (A)

Came on for consideration, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347 (a), and the court, having considered the motion, is of the opinion that the Motion is will taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Michael B. Schmidt, Trustee is authorized to pay the funds in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court in the amount of $6,269.45 as per Exhibit "A" attached to the Motion.

Date:

> This order is signed for the Court by the Clerk under Authority of 28 U.S.C. § 956 and General Order 2000-3.
>
> U.S. BANKRUPTCY CLERK
>
> By:_____
>    Deputy Clerk